

UNITED STATES FEDERAL DISTRICT COURT

District of Eastern Pennsylvania

| | | |
|---|---|---|
| Angela L. Hansen, | ) | |
|   B.D. (by mother and next friend | ) | |
|   Angela Hansen); and on behalf of | ) | Case No.   1 7    5 2 4 6 |
|   all others similarly situated, | ) | |
| | ) | |
|      Plaintiffs, Injured Parties | ) | |
|   --against-- | ) | |
| | ) | PETITION FOR WAIVER OF FILING FEES |
| State of North Dakota, Reich, | ) | |
|   Et. Al. | ) | |
|      Defendants. | ) | |

### Affidavit of Financial Statement/ Support Claim

Hansen Angela, Authorized Representative, Natural Person, in Propria Persona, Pro Se:
Ex Relatione Angela Hansen All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
Not a Corporate Person or Entity, Misrepresented by Fraudulent Construct of ALL CAPITAL
LETTERS
Colorado Territory
CONFIDENTIAL ADDRESS, not to be shared outside of the Court:
C/o P.O. Box 84
Cowdrey, Co. [80434]


To:  UNITED STATES DISTRICT COURT
     Eastern District of Pennsylvania



**MANDATORY NOTICE OF CLAIMANT'S RIGHT TO COURT WITHOUT "FEES"**

As found in: **New York ex rel. Bank of Commerce v. Commissioner of Taxes for City and County of New York**, 2 Black 620 (1863) Please take mandatory notice (Federal Rules of Evidence 201(d)) that Plaintiff has a lawful right to proceed without cost, based upon the following law: The U.S. Supreme Court has ruled that a natural individual entitled to relief is

entitled to free access to its judicial tribunals and public offices in every State in the Union (2 Black 620, see also **Crandall v. Nevada**, 6 Wall 35).

Plaintiff should not be charged fees, or costs for the lawful and constitutional right to petition this court in this matter in which he is entitled to relief, as it appears that the filing fee rule was originally implemented for fictions and subjects of the State and should not be applied to the Plaintiff who is a natural individual and entitled to relief (**Hale v. Henkel**)( 201 U.S. 43), **NAACP v Button**, 371 US 415); **United Mineworkers v Gibbs**, 383 US 715; and **Johnson v Avery**, 89 S. Ct. 747 (1969).

Take Mandatory Judicial Notice and Cognizance under (Federal Rules of Evidence 201 (d) that "plaintiff" ie Libellant has a lawful right to proceed without cost, based upon the following case law: The US Supreme Court has ruled that a natural individual entitled to relief is "entitled to free access to the natural peoples judicial tribunals and public offices in every State of the Union (2 Black 620, see also **Crandell v Nevada**, 6 Wall 35].

Petitioner (libellant) cannot be charged a fee as no charge can be placed upon a citizen as a condition precedent to exercise his/her Constitutional Rights, his/her rights secured by the Constitution.

**Notice of Judges and Officials' Oath – Bound Obligations and Fiduciary Duties**

**Article VI**

"All debts contracted and engagements entered into, before the adoption of this Constitution, shall be as valid against the United Stated under this Constitution. This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, anything in the Constitution or Laws of any State to the Contrary notwithstanding. The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious test shall ever be required as a qualification to any Office or public trust under the United States."

**Constitution, Article**

Every person elected or appointed to any office under This Constitution, shall, before entering on the duties thereof, take an oath or affirmation to support the Constitution of this State and of the United States and also an oath of office.

**According to the 7th Amendment of the US Constitution.**

**All courts shall be open; and every person, for injury done to him in his or her person,** property, or reputation, shall have remedy by due course of law. Justice shall be administered **freely, and without purchase; completely, and without denial; speedily, and without delay.**

It is my wish, to not be charged a fee, and i, do not want to diminish my standing to that of a pauper, i, want my standing to remain that of "a (wo)man aggrieved", i, do not believe, i, have been presented a 'bill' for services rendered; i, do not believe that at this time, an officer of this court, can claim i, owe this court a debt; i, DO believe, that this court was created for the use of man, and those of mankind to settle contentious matters, in a civil manner, without a fee; i, declare i, appear before this court, to seek the restoration of my rights that are secured and protected by the 'united states Constitution', and as all of the officers of this court, have bound themselves to the 'Constitution', i, as a man, call upon the officers of this court to, perform their duties; That being said... IF the officer of this court still maintains that i, am in error of my beliefs granted by the Constitution, then I will pay the fee.

The said statutes and common law be not inconsistent with the Constitution and laws of the United States. As per Colorado Constitution "All courts shall be open and every man for an injury done him in his land, goods, person, or reputation, shall have remedy by due process of law, and right and justice administered without SALE, DENIAL or DELAY."

Also, per **the UNITED STATES Constitution**, "A judge shall accord to every person who has a legal interest in a proceeding, or that person's lawyer, full right to be heard according to law."

"Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them." **Miranda v. Arizona**, 384 U.S. 426, 491; 86 S. Ct. 1603

"An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed." **Norton v. Shelby County**, 118 U.S. 425 p. 442

3

It seems very clear that anyone in Colorado or in any state should be able to file a claim, free, without filing as pauper.

Party herein has a lawful and Constitutional Right to petition this court in this matter in which she is entitled to relief, as it appears that the filing fee rule was implemented for fictitious and subjects of the State and would not be applied to the party here who is a natural individual and entitled to relied **United Mineworkers v Gibbs**, 383 US 715; and **Johnson v Avery**, 89 S. Ct. 747 (1969).

**Amendment V** "No person shall be deprived of due process of law"

Your demand for "Financial Statements" is used as an instrument to deny me due process of law and my right to free access to the courts. There is no law in the United States Constitution stating a "Financial Statement, Financial Fee (Feudal Law)", or a "Motion" requesting permission must be submitted in order to exercise my Constitutional Rights, your demand is a violation of Amendment IX of the United States Constitution and a violation of your fiduciary duties.

**Amendment IX** "The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people."

If a judge does not fully comply with the Constitution, then their orders are void, they are without jurisdiction, and they have engaged in an act or acts of treason (18 U.S. Code 2381 – Treason)

**U.S. v Will**, 449 US 200, 216, 101 S. Ct., 471, 66 Led 2nd 392, 406 (1980) **Cohens v. Virginia**, 19 U.S. (6 wheat) 264, 404, 5Led 257, (1821). "When a judge acts where he or she does not have jurisdiction to act, the judge is engaged in an act or acts of treason."

Officers of the court have no immunity, when violating a Constitutional right, from liability. For they are deemed to know the law." **Owen v. Independence**, 100 S.Ct. 1398, 445 US 622.

"The court is to protect against any encroachment of constitutionally secured liberties." **Boyd v. U.S.** , Boyd addresses cases in which criminal charges are not sought, and instead civil suit is filed, on equivalent charges, for the express purpose of seizing, or causing to forfeit property (chattel: kids), etc., by depriving the Defendant of the constitutional rights they would have been entitled to if a criminal complaint had been filed. Cite: **Boyd v. U.S**. 116 U.S. 616 (1886)

**Murdock v. Penn**, 319 U.S. 105   No state shall convert a liberty into a privilege, license it, and attach a fee to it.

Federal Law and Supreme Court Cases apply to State Court cases. **Howlett v. Rose**, 496 U.S. 356 (1990).

The assertion of federal rights, when plainly and reasonably made, is not to be defeated under the name of local practice. [**Davis v. Wechsler**, 263 US 22, 24,]

There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights. [**Sherer v. Cullen**, 481 F. 946.

**As an Officer(s) of the Court, you and your assigns are bound (or have taken) a solemn Oath to uphold and Support the Constitution for the United States Republic.**

Any refusal of this 'Affidavit of Financial Statement' is construed to deny me timely 'Due Process' and will be a 'Colorable Act' to violate my secured exercise of a Right. Such as an act and imposition is a violation of your Official Oath of office. And this can result in additional lawful remedy actions filed against those violating Officers of the Court, Under Title 18 and Title 42, in their official and private capacities. The Law always gives a remedy for the people against color of law actions committed by those who violate their Oaths of Office colluding to abridge the Rights secured for the Natural Beings, Peoples, and the citizens.

I/We declare swear and affirm under penalty of perjury that, to the best of my knowledge and belief, the information herein is true, correct, and complete.

I, respectfully, and with 'Good Faith' and with Honor, by right to unhindered Due Process, submit this 'Affidavit of Financial Statement'.

Submitted: October 31, 2017

Thank you,

(Angela Hansen
P.O. Box 84
Cowdrey, Colorado.  80434