# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Angela Hansen, et al., )<br>)<br>　　　Plaintiff, )<br>)<br>vs. )<br>)<br>State of North Dakota, et al., )<br>)<br>　　　Defendants. ) | **ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEE**<br><br>Case No. 1:17-cv-260 |

On February 15, 2018, the Court issued an order denying Hansen's motion to proceed *in forma pauperis* and directing her to pay the required filing fee of $400 by March 2, 2018. To date no filing fee has been received. Accordingly, the Court **ORDERS** this case dismissed for failure to pay the required filing fee.

**IT IS SO ORDERED.**

Dated this 14th day of March, 2018.

　　　　　　　　　　　　　　　　　　　　　*/s/ Daniel L. Hovland*
　　　　　　　　　　　　　　　　　　　　　Daniel L. Hovland, Chief Judge
　　　　　　　　　　　　　　　　　　　　　United States District Court